**HON. RICHARD A. JONES**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANCE MCDERMOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MYRNA UMALI, President, Greater Seattle Area Local American Postal Workers Union, and MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *Et Al.,*<br><br>　　　　　Defendants. | No. 15-cv-01069-RAJ<br><br>**NOTICE OF APPEARANCE** |

　　　Without waiving any defects in service or any other defenses, the undersigned hereby appear in this action on behalf of Defendant Myrna Umali, President Greater Seattle Area Local American Postal Workers Union.  It is hereby requested that all correspondence and pleadings, exclusive of original service, pertaining to the Defendant be directed to the undersigned.

NOTICE OF APPEARANCE   - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

1

2    DATED this 21st day of September, 2015.

3

4                                              s/Kristina Detwiler
                                               Kristina Detwiler, WSBA No. 26448
5                                              Robblee, Detwiler & Black, P.L.L.P.
                                               2101 Fourth Avenue, Suite 1000
6                                              Seattle, Washington 98121
                                               Telephone: 206-467-6700
7                                              Facsimile: 206-467-7589
                                               Email: kdetwiler@unionattorneysnw.com
8
                                               Attorneys for Defendant Myrna Umali, President
9                                              Greater Seattle Area Local American Postal
                                               Workers Union
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE   - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 21st, 2015 I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system. On this same day, I caused a true and correct copy of the above-referenced document to be sent via first class mail, postage prepaid, to the following:

>Lance McDermott
>1819 S 104 Street
>Seattle, Washington 98168

>s/Kristina Detwiler
>Kristina Detwiler, WSBA No. 26448
>Robblee, Detwiler & Black, P.L.L.P.
>2101 Fourth Avenue, Suite 1000
>Seattle, Washington 98121
>Telephone: 206-467-6700
>Facsimile: 206-467-7589
>Email: kdetwiler@unionattorneysnw.com
>
>Attorneys for Defendant Myrna Umali, President Greater Seattle Area Local American Postal Workers Union

CERTIFICATE OF SERVICE - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
==============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile