The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT, | Case No. 15-cv-01069-RAJ |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *et al.* | |

TO: THE CLERK OF THE COURT

AND TO: LANCE P. McDERMOTT

PLEASE TAKE NOTICE that Jamal N. Whitehead of the United States Attorney's Office for the Western District of Washington hereby appears as an attorney of record in this lawsuit representing defendant Megan Brennan, Postmaster General, U.S. Postal Service.

NOTICE OF APPEARANCE (14-cv-01069-RAJ) – 1

*UNITED STATES ATTORNEY*
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Service of all further process, pleadings, notices, documents, and other papers for this matter, exclusive of original process, shall be made upon Mr. Whitehead at the address shown below in the signature block.

Dated this 27th day of October, 2015.

        Respectfully submitted,

        ANNETTE L. HAYES
        United States Attorney

        s/ *Jamal Whitehead*
        JAMAL WHITEHEAD, WSBA #39818
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Fax: 206-553-4073
        jamal.whitehead@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the United States Attorney's Office for the Western District of Washington, and that I am of such age and discretion as to be competent to serve papers;

I further certify that on October 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Krisina Detwiler            kdetwiler@unionattorneysnw.com

I further certify that on October 27, 2015, I mailed via United States Postal Service and U.S. Certified Mail, Return Receipt Requested the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Lance P. McDermott
Pro-Se
1819 S 104 Street
Seattle, WA 98168

Dated this 27th day of October, 2015.

 s/ *Tina Litkie*
TINA LITKIE, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-4067
tina.litkie@usdoj.gov