The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *et al.*<br><br>　　　　　　　　Defendant. | Case No. 15-cv-01069-RAJ<br><br>**DECLARATION OF JAMAL WHITEHEAD IN SUPPORT OF FEDERAL DEFENDANT'S MOTION TO DISMISS** |

I, Jamal Whitehead, state as follows:

1. I am an Assistant United States Attorney in the Western District of Washington, and I represent defendant Megan Brennan, Postmaster General of the United States, in this matter. As such, I am familiar with the files and records in this case.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the Court's Order (Dkt. No. 45), dated September 11, 2014, granting Defendant's Motion to Dismiss Plaintiff's previously filed lawsuit in *McDermott v. Potter,* No. 13-cv-02011-MJP

WHITEHEAD DECL.
(15-cv-01069-RAJ) – 1

*UNITED STATES ATTORNEY*
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  (W.D. Wash.) (hereinafter, the "2014 Action").

2      3.    Attached to this declaration as **Exhibit B** is a true and correct copy of

3  Plaintiff's Amended Complaint (Dkt. No. 30), filed on April 28, 2014, in the 2014 Action.

5  I declare under penalty of perjury that the foregoing is true and correct.

6  Executed this 27th day of October, 2015, in Seattle, Washington.

8                  *s/ Jamal Whitehead*  
                JAMAL WHITEHEAD, WSBA # 39818

WHITEHEAD DECL.  
(15-cv-01069-RAJ) – 2

*UNITED STATES ATTORNEY*  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the United States Attorney's Office for the Western District of Washington, and that I am of such age and discretion as to be competent to serve papers;

I further certify that on October 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Krisina Detwiler            kdetwiler@unionattorneysnw.com

I further certify that on October 27, 2015, I mailed via United States Postal Service and U.S. Certified Mail, Return Receipt Requested the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Lance P. McDermott
Pro-Se
1819 S 104 Street
Seattle, WA 98168

Dated this 27th day of October, 2015.

 s/ *Tina Litkie*
TINA LITKIE, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-4067
tina.litkie@usdoj.gov