HON. RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LANCE P. MCDERMOTT,<br><br>Plaintiff, *Pro Se*<br><br>v.<br><br>MYRNA UMALI, President, Greater Seattle Area Local American Postal Workers Union, and MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *Et Al.*,<br><br>Defendants. | No. 15-cv-01069 RAJ<br><br>**REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Note for hearing:<br>November 13, 2015 |

Plaintiff Lance McDermott has not filed any opposition to Defendant's Motion to Dismiss. "If a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." LCR 7(b)(2). This rule applies equally to pro se litigants. See, e.g., Howery v. Int'l Ass'n of Machinsists, 2015 WL 5436802 (W.D. Wash. 2015) (R. Jones) (granting defendant's motion for summary judgment when "[p]laintiff has failed to file an opposition to the motion"). Plaintiff's claims are properly dismissed.

REPLY IN SUPPORT OF MOTION TO
DISMISS 15-cv-01069 RAJ - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

1

DATED this 13th day of November, 2015.

s/Kristina Detwiler
Kristina Detwiler, WSBA No. 26448
Robblee, Detwiler & Black, P.L.L.P.
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: 206-467-6700
Facsimile: 206-467-7589
Email: kdetwiler@unionattorneysnw.com

Attorneys for Defendant Myrna Umali, President Greater Seattle Area Local American Postal Workers Union

REPLY IN SUPPORT OF MOTION TO DISMISS 15-cv-01069 RAJ - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13th, 2015 I electronically filed the foregoing **REPLY IN SUPPORT OF MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system. On this same day, I caused a true and correct copy of the above-referenced document to be sent via first class mail, postage prepaid, to the following:

> Lance McDermott
> 1819 S 104 Street
> Seattle, Washington 98168

> s/Kristina Detwiler
> Kristina Detwiler, WSBA No. 26448
> Robblee, Detwiler & Black, P.L.L.P.
> 2101 Fourth Avenue, Suite 1000
> Seattle, Washington 98121
> Telephone: 206-467-6700
> Facsimile: 206-467-7589
> Email: kdetwiler@unionattorneysnw.com
>
> Attorneys for Defendant Myrna Umali, President Greater Seattle Area Local American Postal Workers Union

CERTIFICATE OF SERVICE - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile