The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT,<br><br>                    Plaintiff,<br><br>          v.<br><br>MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *et al.*<br><br>                    Defendants. | Case No.  15-cv-01069-RAJ<br><br>**FEDERAL DEFENDANT'S REPLY IN SUPPORT OF HER MOTION TO DISMISS** |

Defendant Megan Brennan, Postmaster General of the United States, filed a Motion to Dismiss plaintiff Lance McDermott's claims against the government and its employees on October 27, 2015, and served Plaintiff with a copy of the motion via U.S. Mail First Class *and* U.S. Certified Mail with return receipt requested. Dkt. No. 6. The motion was mailed to Plaintiff's address listed in the signature box of his Complaint, Dkt. No. 1 at p. 41, and the return receipt indicates that Plaintiff received a copy of the motion on November 3, 2015. Second Whitehead Decl., Ex. A. The motion's noting date was reset to November 20, 2015, meaning that Plaintiff's opposition papers, if any, were

FED. DEF.'S REPLY IN SUPPORT OF MOT.
TO DISMISS (15-cv-01069-RAJ) – 1

*UNITED STATES ATTORNEY*
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

due on Monday, November 16, 2015. Local Civ. R. 7(d)(3) ("Any opposition papers shall be filed and served not later than the Monday before the noting date. If service is by mail, the opposition papers shall be mailed not later than the Friday preceding the noting date.").

Plaintiff filed nothing in response to Defendant's motion, and his failure "may be considered by the court as an admission that [Defendant's] motion has merit." Local Civ. R. 7(b)(2). Plaintiff's *pro se* status does not excuse his failure to respond since *pro se* litigants are bound by the same rules of civil procedure governing other litigants. *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (affirming district court's dismissal of plaintiff's action for failure to file opposition to defendant's motion to dismiss). It follows, then, that the Court should deem Plaintiff to have admitted the merit of Defendant's motion to dismiss, and that the motion should be granted.

Notwithstanding Plaintiff's failure to file opposition papers, the Court should dismiss Plaintiff's claims against the Postal Service because his claims are barred by the doctrine of *res judicata*, he failed to state a claim upon which relief can be granted, and because the Court lacks jurisdiction to hear certain claims.

For the reasons stated above, and those discussed more fully in Defendant's moving papers (Dkt. Nos. 6-7), Defendant respectfully requests that the Court dismiss Plaintiff's claims against the Postal Service and its employees.

DATED this 20th day of November, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

s/ *Jamal Whitehead*
JAMAL WHITEHEAD, WSBA # 39818

1
2
3
4
5

Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
jamal.whitehead@usdoj.gov

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FED. DEF.'S REPLY IN SUPPORT OF MOT. TO DISMISS (15-cv-01069-RAJ) – 3

*UNITED STATES ATTORNEY*
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the United States Attorney's Office for the Western District of Washington, and that I am of such age and discretion as to be competent to serve papers;

I further certify that on November 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Krisina Detwiler          kdetwiler@unionattorneysnw.com

I further certify that on November 20, 2015, I mailed via United States Postal Service and U.S. Certified Mail, Return Receipt Requested the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Lance P. McDermott
Pro-Se
1819 S 104 Street
Seattle, WA 98168

Dated this 20th day of November, 2015.

 s/ *Tina Litkie*
TINA LITKIE, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-4067
tina.litkie@usdoj.gov