The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *et al.*<br><br>Defendant. | Case No. 15-cv-01069-RAJ<br><br>**SECOND DECLARATION OF JAMAL WHITEHEAD IN SUPPORT OF FEDERAL DEFENDANT'S MOTION TO DISMISS** |

I, Jamal Whitehead, state as follows:

1. I am an Assistant United States Attorney in the Western District of Washington, and I represent defendant Megan Brennan, Postmaster General of the United States, in this matter. As such, I am familiar with the files and records in this case.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of a certified mail receipt, bearing the signature of "Darlene McDermott," and confirming delivery of Defendant's Motion to Dismiss at Plaintiff's residence on November 3, 2015.

2nd WHITEHEAD DECL.
(15-cv-01069-RAJ) – 1

*UNITED STATES ATTORNEY*
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 20th day of November, 2015, in Seattle, Washington.

*s/ Jamal Whitehead*
JAMAL WHITEHEAD, WSBA # 39818

2nd WHITEHEAD DECL.
(15-cv-01069-RAJ) – 2

*UNITED STATES ATTORNEY*
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the United States Attorney's Office for the Western District of Washington, and that I am of such age and discretion as to be competent to serve papers;

I further certify that on November 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Krisina Detwiler         kdetwiler@unionattorneysnw.com

I further certify that on November 20, 2015, I mailed via United States Postal Service and U.S. Certified Mail, Return Receipt Requested the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Lance P. McDermott
Pro-Se
1819 S 104 Street
Seattle, WA 98168

Dated this 20th day of November, 2015.

 s/ *Tina Litkie*
TINA LITKIE, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-4067
tina.litkie@usdoj.gov