# EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lance P. McDermott
Pro-Se
1819 S 104 Street
Seattle, WA 98168

9590 9401 0029 5071 6876 66

2. Article Number *(Transfer from service label)*

7015 0640 0007 0946 5530

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Darlene McDermott ☐ Agent ☑ Addressee

B. Received by *(Printed Name)* Darlene McDermott

C. Date of Delivery 11/3/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- estricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053 Domestic Return Receipt

Exhibit A
Page 3 of 3



