

# U.S. DISTRICT COURT Western District of Washington Pro Se
## Registration Form
### For the Electronic Case Filing System (ECF)

Please complete a form for *each case* you have before the Court.
All Fields are required.

FILED
LODGED
ENTERED
RECEIVED

NOV 25 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**Check One:**

☐ Please register me to **receive service** of documents and notice of electronic filings to my e-mail* via the Court's electronic filing system (ECF). This option does *not* allow me to file documents electronically. I will continue to file documents in paper with the Court.

☒ Please register me to **file documents** electronically** and **receive service** of documents and notice of electronic filings to my e-mail* via the Court's electronic filing system (ECF).
By signing the agreement to file your documents electronically through ECF, you waive your ability to file your documents in paper form over the counter or through the mail.
*Note: Registration will not be processed until IFP is granted or Filing Fee has been paid.*

Name: **Lance McDermott**       Case No: _____

E-mail Address: **Treke@hotmail.com**       Phone no: **206-331-1990**

Address: **1819 S. 104th St. Seattle, WA 98168**

Signature: _(signature)_       Date signed: **25 Nov 15**
(Type an "s/" and your name, or print and sign)

* By registering for electronic service, you waive your right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). You will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records). It is recommended that you establish a PACER account, by visiting the PACER website. PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee.

**By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Electronic Filing Procedures.

**To E-mail This Form:** Save a copy of this form to your computer and then send it as an attachment to: **cmecfreg@wawd.uscourts.gov**. You will receive e-mail confirmation of your registration when it is processed. If registering for electronic filing, you will also receive a login and password. *Submit by E-mail*

**To Mail This Form:** Print and mail to: **Clerk, U.S. District Court, Western District of Washington, ATTN: ECF Registration, 700 Stewart Street, Suite 2310, Seattle, WA, 98101**. You will receive e-mail confirmation of your registration when it is processed. If registering for electronic filing, you will also receive a login and password.

For assistance, please contact the **ECF Support Team** at (206)370-8400, then press Option 3 (Seattle area), (866)323-9293, then press Option 3 (Outside Seattle area) or e-mail us at: **cmecf@wawd.uscourts.gov**

WAWD - ECF Registration Form for Pro Se Filers (Revised 10/7/2015)