**HON. RICHARD A. JONES**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LANCE MCDERMOTT, <br><br> Plaintiff, <br><br> v. <br><br> MYRNA UMALI, President, Greater Seattle Area Local American Postal Workers Union, and MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *Et Al.*, <br><br> Defendants. | No. 15-cv-01069-RAJ <br><br> **NOTICE OF APPEARANCE** |

The undersigned, Daniel S. S. Cairns, hereby appears as counsel in this action on behalf of Defendant Myrna Umali, President Greater Seattle Area Local American Postal Workers Union. It is hereby requested that all correspondence and pleadings, exclusive of original service, pertaining to the Defendant be directed to the undersigned.

NOTICE OF APPEARANCE   - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
====================================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

DATED this 7th day of December, 2015.

s/Daniel S. S. Cairns
Daniel S. S. Cairns, WSBA No. 49950
Robblee, Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: 206-467-6700
Facsimile: 206-467-7589
Email: dcairns@unionattorneysnw.com

Attorneys for Defendant Myrna Umali, President Greater Seattle Area Local American Postal Workers Union

NOTICE OF APPEARANCE - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
═══════════════════════════
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7th, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

>Lance McDermott
>1819 S 104 Street
>Seattle, Washington 98168
>Email: treke@hotmail.com

>s/Daniel S. S. Cairns
>Daniel S. S. Cairns, WSBA No. 49950
>Robblee, Detwiler & Black, PLLP
>2101 Fourth Avenue, Suite 1000
>Seattle, Washington 98121
>Telephone: 206-467-6700
>Facsimile: 206-467-7589
>Email: dcairns@unionattorneysnw.com
>
>Attorneys for Defendant Myrna Umali, President Greater Seattle Area Local American Postal Workers Union

CERTIFICATE OF SERVICE - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
=============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile