Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MEGAN BRENNAN, Postmaster General, U.S. Postal Service, *et al.*,<br><br>　　　　　　Defendants. | No. C15-1069RAJ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

Pending before the court are Defendant Umali and Defendant Brennan's Motions to Dismiss (Dkt. ## 4 and 6). The parties are directed to not submit any further briefing on these motions.

DATED this 10th day of December, 2015.

WILLIAM M. McCOOL,
Clerk of the Court

　*/s/ Victoria Ericksen*　　　　　
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1