# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | CASE NUMBER: C15-1069RAJ |
| v. | |
| MYRNA UMALI, *et al.*, | |
| Defendants. | |

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendants and against Plaintiff.

DATED this 1st day of March, 2016.

                              WILLIAM M. McCOOL,
                              Clerk of the Court

                              By:  __/s/ Victoria Ericksen__
                                        Deputy Clerk